**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6119**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KHALIEF ONZEL BALLARD,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Terrence W. Boyle, District Judge. (7:18-cr-00061-BO-1)

Submitted: July 19, 2021                         Decided: July 23, 2021

Before KING, DIAZ, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Khalief Onzel Ballard, Appellant Pro Se. Jennifer P. May-Parker, Joshua L. Rogers, Assistant United States Attorneys, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Khalief Onzel Ballard appeals the district court's orders denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and denying reconsideration. Upon review of the record, we conclude that the district court did not abuse its discretion in denying the motions. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review); *see also United States v. High*, 997 F.3d 181, 190-91 (4th Cir. 2021). Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*